# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 21-0268V**

|  |  |
|---|---|
| SCOTT STERLAND, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: April 16, 2026 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Mitchell Jones, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION ON ATTORNEY'S FEES AND COSTS[1]

On January 7, 2021, Scott Sterland filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleged that he suffered a shoulder injury related to vaccine administration following an influenza vaccination he received on September 28, 2019. Petition, ECF No. 1. On November 19, 2025, I issued a decision awarding compensation to Petitioner based on the Respondent's proffer. ECF No. 46.

---

[1]Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet**. In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $33,602.09 (representing $31,979.70 in fees plus $1,622.39 in costs). Application for Attorneys' Fees and Costs ("Motion") filed January 19, 2026. ECF No. 51. Furthermore, Counsel represents that Petitioner incurred no personal out-of-pocket expenses. *Id*. at 1-2.

Respondent reacted to the motion on January 30, 2026, deferring resolution of the amount to be awarded to my discretion and whether the statutory requirements for an award of fees and costs have been met in this case. ECF No. 52 at 2-5. Petitioner filed a reply stating that reasonable basis is not an issue in this instant matter and requesting an award of fees and costs as indicated in the Motion. ECF No. 53 at 1-3.

On August 20, 2025, I issued a ruling finding Petitioner entitled to compensation for his SIRVA. ECF No. 46. Because this claim was successful, an award of fees and costs is appropriate. I have reviewed the billing records submitted with Petitioner's request. The rates requested for work performed through 2025 are reasonable and consistent with our prior determinations and will therefore be adopted.

Regarding the time billed, I note this case required additional briefing regarding severity and onset. *See* Petitioner's Motion for Ruling on the Record, filed March 3, 2024, ECF No. 34 and Petitioner's Reply to Respondent's Response, filed August 20, 2024, ECF No. 39. Petitioner's counsel expended approximately 3.00 hours drafting the Motion for Ruling on the Record and 5.50 hours drafting the Reply. ECF No. 51-1 at 9-10. I find this amount of time to be reasonable and will award the attorney's fees requested. And all time billed to the matter was also reasonably incurred.

Furthermore, Petitioner has provided supporting documentation for all claimed costs. ECF No. 51-2. Respondent offered no specific objection to the rates or amounts sought. I find the requested costs reasonable and hereby award them in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby GRANT Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorneys' fees and costs in the total amount of $33,602.09 (representing $31,979.70 in fees plus $1,622.39 in costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.** In the absence of a timely-filed motion for review (see Appendix

2

B to the Rules of the Court), the Clerk of Court shall enter judgment in accordance with this decision.[3]


**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.